```
1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JOHN J. KUCERA (Cal. Bar No. 274184)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:  (213) 894-3391
        Facsimile:  (213) 894-0142
9       E-mail:   John.Kucera@usdoj.gov
10
11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 19-7044-RGK-E |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| APPROXIMATELY $11,802.92 IN BANK FUNDS SEIZED FROM CITIBANK ACCOUNT '6973, | |
| Defendants. | |

TO: UNITED STATES MARSHALS SERVICE:

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you seize the defendants, Approximately $11,802.92 in Bank Funds Seized from Citibank Account '6973, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you

```
 1  give due notice to all interested persons that they must file their
 2  Claims and Answers with the Clerk of this Court within the time
 3  allowed by law.
 4       YOU ARE FURTHER ORDERED to file this process in this Court with
 5  your return promptly after execution.
 6
 7       DATED:    8/14/2019
 8
 9
10                                       KIRY K. GRAY, Clerk
11                                       _____/s/ Hunt_____
                                         Deputy Clerk of Court
12
```